No. 66, Misc.  ZIESEMER *v.* RIEDMAN, WARDEN;

No. 90, Misc.  HART *v.* TAYLOR, WARDEN, ET AL.;

No. 92, Misc.  MILLER *v.* WILKINSON, WARDEN;

No. 113, Misc.  JEFFERSON *v.* BANMILLER, WARDEN;

No. 127, Misc.  COLLINS *v.* ILLINOIS ET AL.;

No. 154, Misc.  CASH *v.* CLEMMER, DIRECTOR, DEPT. OF CORRECTIONS, D. C., ET AL.;

No. 155, Misc.  BROADUS-BEY *v.* CLEMMER, DIRECTOR, DEPT. OF CORRECTIONS, D. C., ET AL.;

No. 158, Misc.  GLENN *v.* ROBERTSON;

No. 218, Misc.  MAHURIN *v.* NASH, WARDEN;

No. 221, Misc.  OTTEN *v.* MARYLAND;

No. 240, Misc.  TELLEZ *v.* UNITED STATES; and

No. 246, Misc.  ELLIS *v.* REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 32, Misc.  MILLER *v.* BENNETT, WARDEN.  Motion for leave to file petition for writ of habeas corpus and for other relief denied.  Petitioner *pro se.*  *Norman A. Erbe,* Attorney General of Iowa, and *Freeman H. Forrest,* Assistant Attorney General, for respondent.

No. 156, Misc.  ATLANTIC COAST LINE RAILROAD CO. ET AL. *v.* RISS & COMPANY, INC.  Motion for leave to file petition for writ of certiorari denied.  *Francis M. Shea, Lawrence J. Latto, Richard T. Conway, Hugh B. Cox, James H. McGlothlin, Stuart S. Ball, Joseph H. Hays, Joseph D. Feeney, Jr., Prime F. Osborn, Charles T. Abeles, Henry L. Walker, Edwin H. Burgess, J. Raymond Hoover, H. Graham Morison, Newell A. Clapp, John D. Lane, Fred S. Gilbert, Jr., Martin A. Meyer, Jr., Edward K. Wheeler* and *Robert G. Seaks* for petitioners.  *A. Alvis Layne, Lester M. Bridgeman* and *Robert L. Wright* for respondent.